**No. 61602.**—Polk's Model Craft Hobbies, Inc., and Meadows, Wye & Co., Inc., et al. *v.* United States, protests 294456–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of small electric motors the same in all material respects as those the subject of Abstract 60545, the claim of the plaintiffs was sustained.